IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| NICHOLE SCOTT, | § | |
| | § | No. 166, 2015 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware in and |
| v. | § | for New Castle County |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 090917609 |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: July 8, 2015
Decided: July 13, 2015

## O R D E R

This 13th day of July 2015, it appears to the Court that, on June 4, 2015, the Clerk issued a notice directing the appellant, Nichole Scott, to show cause why this appeal should not be dismissed for Scott's failure to file the opening brief. Scott has failed to respond to the notice to show cause and has not filed the opening brief. Under these circumstances, dismissal of the appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

_____
Justice